# Exhibit A

**Request  -  2023-01171-FOIA-OS**  Create Appeal ← Back

### Requester Details

To modify request details please update your requester profile or contact the our office for assistance.

**Mr. Matthew Zorn**

[redacted]

Requester Default Category: News Media

### Request Details

| | |
|---|---|
| Date Requested | 08/30/2023 |
| Status | Assigned for Processing |

### General Information

| | |
|---|---|
| Action Office | Office of the Secretary |
| Request Type | FOIA |

Note: For Privacy Act Requests further verification of identity may be required.

| | |
|---|---|
| Delivery Mode | Download via PAL Account |

Note: For fastest response time use the Download Via PAL Account option.

| | |
|---|---|
| Payment Mode | Credit Card - Pay.gov |

### Shipping Address

| | | | |
|---|---|---|---|
| Street1 | [redacted] | Street2 | [redacted] |
| City | Houston | State | Texas |
| State (Other) | | Country | United States |
| Zip Code | [redacted] | | |

### Request Information

(Please do not include personal information such as your Social Security Number. The FOIA Office will inform you if such information is necessary.)

Request Description: The letter from Asst. Sec. Rachel Levine to Administrator Anne Milgram recommending marijuana be rescheduled to III that is referenced here: https://www.bloomberg.com/news/articles/2023-08-

| Date Range for Record Search: From(mm/dd/yyyy) | 08/01/2023 | To (mm/dd/yyyy) | 08/31/2023 |
|---|---|---|---|

Description Document          🔗 Add Attachment

### Fee Information

| | |
|---|---|
| Willing Amount ($) | 25.00 |
| Willing to Pay All Fees | ☐ |

### Expedite Information

As a FOIA requester, you may ask HHS for "expedited processing" of your request. However, you should know that the agency will grant this request only under very specific circumstances. In order to qualify, you must certify that there is an imminent threat to the life or physical safety of an individual or, if you are a person primarily engaged in disseminating information to the public, you must demonstrate that there is an urgency to inform the public about certain federal government activity. HHS must decide whether to grant a request for expedited processing within 10 calendar days. HHS Regulation 45 eCFR Part 5, Sec.5.27

| | |
|---|---|
| Expedite Requested | ☑ |
| Expedite Reason | I am primarily engaged in the dissemination of information on drug regulation at ondrugs.substack.com, and have written extensively about rescheduling. There is an urgency to disclose the letter because it is in the news |
| Expedite Request Status | TBD |

Privacy Policy