# Exhibit C



# Request Acknowledgement by U.S. Department of Health & Human Services
1 message

**foiareque_t@hh_gov** <foiareque_t@hh_gov>                                                Wed, Aug 30, 2023 at 3 03 PM
To:

Dear Matthew Zorn,

Request #2023-01171-FOIA-OS has been assigned to the request you submitted. In all future correspondence
regarding this request please reference request #2023-01171-FOIA-OS.

Regards,
U.S. Department of Health & Human Services



## Status Update for Request #2023-01171-FOIA-OS
1 message

**foiareque_t@hh_gov** <foiareque_t@hh_gov>                                    Wed, Aug 30, 2023 at 3 03 PM
To:

Dear Matthew Zorn,

The status of your FOIA request #2023-01171-FOIA-OS has been updated to the following status 'Received'. To log into the HHS FOIA Submission Site click on the Application URL below.

https://requests.publiclink.hhs.gov

Sincerely,
U.S. Department of Health & Human Services