UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW C. ZORN,<br><br>              Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>              Defendant. | Civil Action No. 23-2894 (RC) |

**MOTION TO VACATE DEFENDANT'S DECEMBER 12, 2023, DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves to vacate its December 12, 2023, deadline to file a response to plaintiff's motion for summary judgment, ECF No. 4. In support of the instant motion, defendant states as follows:

1. On September 29, 2023, plaintiff filed his complaint. ECF No. 1, Compl.; *see also* ECF No. 2, Oct. 2, 2023, Errata for Compl.

2. On November 9, 2023, plaintiff filed his motion for summary judgment. ECF No. 4, Pl. Mot.

3. November 24, 2023, the Friday after Thanksgiving, was the default deadline for defendant to file its response to plaintiff's motion for summary judgment. *See* LCvR 7(b) ("Within 14 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."); *see also* Fed. R. Civ. P. 6(a)(1).

4. On November 15, 2023, defendant timely filed its answer. ECF No. 6, Answer.

5. The agency has advised that on December 7, 2023, it released additional information from the letter that plaintiff requested and that it also released portions of the letter's enclosures.

6. The government would like to try to resolve this case without the Court's further involvement. To that end, the agency has agreed to provide to plaintiff a draft declaration and a draft *Vaughn* index.

7. In addition, agency counsel has advised that December 12, 2023, is her last day of work for this year.

8. Similarly, December 15, 2023, is the undersigned counsel's last day of work for this year due to use-it-or-lose-it leave.

9. This is the second extension of time that the government has requested in this case. The government previously sought an extension of its November 24, 2023, deadline to respond to plaintiff's motion for summary judgment so that the agency could revisit its withholdings and prepare its materials for its response. The government also sought that extension of time because the undersigned was out of the office from close of business on November 21, 2023, until the morning of November 29, 2023.

10. There are no other deadlines in this case. Thus, the requested extension will not impact any other deadline.

11. Pursuant to Local Civil Rule 7(m), on December 11, 2023, the undersigned emailed plaintiff to ask for his position on vacating defendant's December 12, 2023, deadline to file a response to his motion for summary judgment.

12. In an email, plaintiff stated that he does not have a position on the relief requested herein.

WHEREFORE, defendant respectfully requests that the Court vacate the December 12, 2023, deadline to file its response to plaintiff's motion for summary judgment and order the parties to file a joint status report on or before January 23, 2024. A proposed order is attached.

Dated: December 11, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Marsha W. Yee*_____
MARSHA W. YEE
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Attorneys for the United States of America*